ACCEPTED
04-14-00167-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
9/10/2015 8:34:27 PM
KEITH HOTTLE
CLERK

04-14-00167-CV

IN THE COURT OF APPEALS

FOR THE FOURTH DISTRICT

AT SAN ANTONIO, TEXAS

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
09/10/2015 8:34:27 PM
KEITH HOTTLE
Clerk

STEPHENS & JOHNSON OPERATING CO., HENRY W. BREYER, III, TRUST;
CAH, LTD.-MOPI FOR CAPITAL ACCOUNT; CAH, LTD.-STIVERS
CAPITAL ACCOUNT; CAH, LTD.-WIEGAND RESOURCES CAPITAL ACCOUNT
WIEGAND RESOURCES; C.T. CARDEN; MYRL W. DEITCH TRUST; E.R. GODBOUT
FAMILY TRUST; MARGARET J. GODBOUT; F.R. KEYDEL; R.L. KEYDEL;
PENNYE K. MALONEY; DAVID R. MCNITT; RCA TRUST ONE;
DONALD B. SCOTT; AND, SUNSET PRODUCTION CORPORATION,

Appellants

V.

CHARLES W. SCHROEDER, ELSIE A. SCHROEDER SCHNEIDER, HOLLIS
LONDON, TERRY MERGERS REEL, TED MENGERS, DEBBIE MENGERS
QUATES, AUGUST H. SETINMEYER, CAROLE SCHROEDER MILLER,
JAMES M. SCHROEDER, SALLY SCHROEDER, TINANUS, JAMES E.
SCHROEDER, SUE SCHROEDER STANFORD,
BILL SCHROEDER, WAYNE HENNECKE, DIANE HENNECKE RHODES,
JERRI JAMES, W. TOM HAILEY, AND PEGGY HAILEY,

Appellees

ON APPEAL FROM THE 229TH DISTRICT COURT
JIM HOGG COUNTY, TEXAS

**APPELLANT'S UNOPPOSED SECOND MOTION FOR
EXTENSION OF TIME TO FILE MOTION FOR REHEARING
AND/OR FOR REHEARING *EN BANC***

TO THE HONORABLE FOURTH COURT OF APPEALS:

Stephens & Johnson Operating Co., Henry W. Breyer, III, Trust; CAH, Ltd.-

MOPI for Capital Account; CAH, Ltd.-Stivers Capital Account; CAH, Ltd.-Wiegand

Resources Capital Account Wiegand Resources; C.T. Carden; Myrl W. Deitch Trust;

E.R. Godbout Family Trust; Margaret J. Godbout; F.R. Keydel; R.L. Keydel; Pennye K. Maloney; David R. McNitt; RCA Trust One; Donald B. Scott; and, Sunset Production Corporation, Appellants in the above cause, respectfully move for an extension of time to file their Motion for Rehearing and/or Rehearing *En Banc*:

1.      On August 12, 2015, the Court rendered its Opinion in this appeal. Appellants intend to file a Motion for Rehearing and/or Rehearing *En Banc*, in accordance with Rule 49 of the Texas Rules of Appellate Procedure.

2.      The current due date for filing Appellants' Motion for Rehearing and/or Rehearing *En Banc*, is Thursday, September 10, 2015.   Due to extenuating circumstances, Appellants hereby request an additional two (2) weeks, or until Thursday, September 24, 2015, and hereby provide the following in support:

a.      Since the date of the Court's issuance of the Opinion, Appellants' counsel has been substantially occupied with other professional commitments and personal obligations, including travel associated with the Labor Day weekend and as part of Mr. Rivera's duties as a member of the Texas Board of Law Examiners, he was in Austin, Texas, on Thursday, September 10, 2015, and Friday, September 11, 2015, for the regularly scheduled monthly meeting.

3.      This is Appellants' second request for an extension of time to file their Motion for Rehearing and/or Rehearing *En Banc* and, as shown herein, good cause exists for the granting of the extension.

## CERTIFICATE OF CONFERENCE: MOTION IS UNOPPOSED

4.      Mr. Baldemar Garcia, appellate counsel for the Appellees, has been consulted regarding this motion and he has indicated that Appellees do not oppose Appellants' request for an extension.

5.      This extension is not sought for delay, but so that justice be done.

## PRAYER

Appellants pray that this unopposed motion be granted and that the time for filing Appellants' Motion for Rehearing and/or Rehearing *En Banc* be extended by two (2) weeks, to September 24, 2015. Appellants pray for all such other and further relief to which they may be entitled at law or in equity.

Respectfully submitted,

DUNN, WEATHERED, COFFEY,
RIVERA & KASPERITIS, P.C.
611 South Upper Broadway
Corpus Christi, Texas 78401
t/361.883.1594; f/361.883.1599
E-MAIL: ariverajr@swbell.net


By /s/Augustin Rivera, Jr.
         Augustin Rivera, Jr.
         State Bar No. 16956800

**COUNSEL FOR APPELLANTS**

**CERTIFICATE OF SERVICE**

This is to certify that on the 10th day of September, 2015, this document was electronically filed pursuant to TEX. R. CIV. P. 21(f)(1) and a true and correct copy was served on counsel of record listed below through the electronic filing manager if the email address is on file with the electronic filing manager, pursuant to TEX. R. CIV. P. 21a(a)(1). If the email address of any attorney listed below is not on file with the electronic filing manager, a true and correct copy of this document was served pursuant to TEX. R. CIV. P. 21a(a)(2).

**Via Electronic Service**
Martha Cigarroa de Llano
PERSON, WHITWORTH, BORCHERS
  & MORALES, LLP
P.O. Box 6668
Laredo, Texas 78042-6668

**<u>Via Electronic Service</u>**
Lynse L. Guerra
SKAGGS & GONZALES, LLP
P.O. Drawer 2285
McAllen, Texas 78502

/s/Augustin Rivera, Jr.
Augustin Rivera, Jr.